IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEFANIE L. RUTLEDGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> KINDERCARE EDUCATION, LLC, ) <br> ) <br> Defendant. ) | Case No. CIV-17-116-F |

## ADMINISTRATIVE CLOSING ORDER

As the parties have reached a settlement and compromise of this matter, it is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to file any stipulation or dismissal, or to seek any order required to obtain a final determination of these proceedings based on the settlement.

If the parties have not filed any such document within 30 days of this date for the purpose of dismissal pursuant to the settlement and compromise, this action shall, at that time, be deemed dismissed with prejudice. The court retains jurisdiction over the parties and the subject matter for the purpose of enforcement of any settlement agreement by summary process if necessary and appropriate.

Entered this 18th day of May, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0116p003.docx