# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1. | STEFANIE L. RUTLEDGE, | ) | |
| | | ) | |
| | **Plaintiff,** | ) | |
| v. | | ) | **CIV-17-116-F** |
| | | ) | |
| 1. | KINDERCARE EDUCATION, LLC, | ) | |
| | | ) | |
| | | ) | **JURY TRIAL DEMANDED** |
| | **Defendant.** | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Stefanie L. Rutledge, hereby stipulates with the Defendant, KinderCare Education, LLC, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 19th DAY OF JUNE, 2017.**

s/ Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele: 405-239-3800
Fax: 405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
***COUNSEL FOR PLAINTIFF***

s/ Laura L. Eakens
(Signed with permission)
John S. Devlin, III, *Pro Hac Vice*

William E. Weiner, *Pro Hac Vice*
LANE POWELL, PC
601 SW Second Avenue, Suite 2100
Portland, OR 97201-3158
Tele: 503-778-2168
Fax: 503-778-2200
devlinj@lanepowell.com
weinerw@lanepowell.com

- and -

James A. Jennings, OBA #4647
Laura L. Eakens, OBA #20196
JENNINGS TEAGUE, P.C.
1000 City Place Tower
204 North Robinson
Oklahoma City, Oklahoma 73102
Tele: 405-609-6000
Fax: 405-609-6501
jjennings@jenningsteague.com
leakens@jenningsteague.com
***COUNSEL FOR DEFENDANT***